The People of the State of New York ex rel. Gorham Manufacturing Company, Respondent, *v.* State Tax Commission, Appellant.

*Appeal — order of Appellate Division annulling determination of state tax commission and remitting matter to commission — appeal to Court of Appeals dismissed.*

*People ex rel. Gorham Manfg. Co.* v. *State Tax Commission*, 201 App. Div. 869, appeal dismissed.
(Argued October 6, 1922; decided October 24, 1922.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 16, 1922, which annulled, on certiorari, a determination of the state tax commission apportioning a mortgage tax upon a mortgage covering property of the relator within and without the state and remitting the matter to the state tax commission.

*Charles D. Newton, Attorney-General (John J. McCall* of counsel), for appellant.

*Robert C. Beatty* and *Albert E. Maves* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.